**United States Bankruptcy Court**
**Southern District of New York**

In re Tara Jewels LLC *f/k/a* Fabrikant-Tara International LLC     Case No. _____
                                                                   Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors contains all potential creditors that the Debtor has provided to me to date for which I have been provided with an address. I am in the process of reviewing and analyzing the Debtor's books and records and to the extent that I become aware of additional potential creditors and/or addresses for creditors, I will supplement the attached list.

Date: June 21, 2019                         s/ Richard T. Faughnan
                                            **Richard T. Faughnan/CRO**
                                            Signer/Title

```
AARTI JEWELLERS PVT. LTD.
3RD FL, HORMUZ MANSION, 72, BD
BREACH CANDY
MUMBAI, MAHARASHTRA, INDIA


BRIAN M. SCHENKER, ESQ.
REED SMITH LLP
1717 ARCH STREET, STE. 3100
PHILADELPHIA, PA 19103


CON EDISON
JAF STATION PO BOX 1702
NEW YORK, NY 10116-1702


CONSUMER TESTING LABS, INC.
LOCKBOX 952766
ATLANTA, GA 31192-2766


DATA2 CORPORATION
2300 CLAYTON ROAD, SUITE 940
SACRAMENTO, CA 94250


DELAGE LANDEN FIN. SERV., INC.
PO BOX 41602
PHILADELPHIA, PA 19101


DGA SECURITY SYSTEMS INC.
429 WEST 53RD STREET
NEW YORK, NY 10019


DIRECT PARTNERS INC.
17440 NORTH DALLAS PARKWAY
DALLAS, TX 75287


FT DIAMOND INC (C)
21 WEST 46TH STREET, 3RD FL.
NEW YORK, NY 10036


FT DIAMOND INC.
529 FIFTH AVENUE, 15TH FL.
NEW YORK, NY 10017
```

```
IBI CUSTOM SERVICES INC.
JFK INTERNATIONAL AIRPORT
BLDNG 77
JAMAICA, NY 11430


KEYBANK
ATTN: ROBERT KRUPKA, VP
731 CHESTNUT STREET
EMMAUS, PA 18049


MANDELBAUM SILFIN ECONOMOU LLP
222 BLOOMINGDALE RD, SUITE 120
WHITE PLAINS, NY 10601


MAX KAHAN INC.
20 WEST 47TH STREET, #300
NEW YORK, NY 10036


MERCANTILE CREDIT INC.
50 W. 34TH ST., SUITE 9A10
NEW YORK, NY 10001


PLATZER, SWERFOLD, LEVINE,
GOLDBERG, KATZ & JASLOW LLP
475 PARK AVENUE SOUTH, 18TH FL
NEW YORK, NY 10016


S. B. GEMS LTD
UNIT 306 A-102, HARBOUR CENTRE
1-HOK DHEUNG STREET, HONG HOM,
KOWLOON, HONG KONG


SHIVANI GEMS, INC.
589 5TH AVENUE, #1107
NEW YORK, NY 10017


SHRIYAM JEWELS NEW YORK INC.
4323 COLDEN STREET, #19F
FLUSHING, NY 11355


TARA HONG KONG LTD.
UNIT 1012, BLOCK A, HUNGHOM
COMM CTR 39-41 MA TAU WAI ROAD
KOWLOON, HONG KONG
```

```
TARA JEWELS HOLDINGS, INC.
C/O ROBERT T. FAUGHNAN
55 EAST 52ND STREET, 31ST FL.
NEW YORK, NY 10055


TARA JEWELS LTD.
PLOT 29 (P) & 30 (P) SUBPLOT A
SEEPZ SEZ ,ANDHERI (E)
MUMBAI - 400 096, INDIA


TARA JEWELS LTD.
PLOT 29 (P) & 30 (P) SUBPLOT A
SEEPZ SEZ, ANDHERI (E)
MUMBAI - 400 096, INDIA


THOMAS F CAMPENNI COMPANY
700 ST. LUCIE CRESCENT
STUART, FL 34994
```